UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 08-01290-MMM |
|---|---|---|
| Plaintiff, | ) | AMENDED JUDGMENT AND COMMITMENT ORDER UPON REVOCATION OF SUPERVISED RELEASE |
| vs. | ) | |
| JOSE CARRILLO, | ) | |
| Defendant. | ) | |

WHEREAS, on April 6, 2009, the defendant having been sentenced to the offense of illegal alien found in the United States Following Deportation, in violation of Title 8 U.S.C. § 1326(a), (b)(2), as alleged in the Information.

WHEREAS, on November 8, 2012, the attorney for the government, the defendant and his counsel, DFPD Craig H. Harbaugh, appeared before the court; the defendant having admitted to violating the terms and conditions of supervised release,

IT IS HEREBY ORDERED that the supervised release be revoked, vacated and set aside.

IT IS ADJUDGED that the defendant is hereby committed to the custody of the Bureau of Prisons for imprisonment for a term of seven (7) months and fourteen (14) days, with credit for TIME SERVED, and with no supervision to follow.

_____
MARGARET M. MORROW
U.S. DISTRICT JUDGE

FILED: November 13, 2012
CLERK, U.S. DISTRICT COURT

By: _____/s/ vf_____
V. Figueroa
Courtroom Deputy Clerk